IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
for the use of BELT CON CONSTRUCTION,
INC.,

      Plaintiff,

vs.    No. CIV 02-1398 JB/LAM

METRIC CONSTRUCTION, INC.,
AND SAFECO INSURANCE COMPANY OF
AMERICA ,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion for Partial Summary Judgment, filed August 12, 2004 (Doc. 66).  The Court held a hearing on this motion on September 2, 2004. Based on the reasons given on the record, and consistent therewith, the Court denies the motion.

**IT IS ORDERED** that the Defendant's Motion for Partial Summary Judgment is denied.

                                            /s/ James O. Browning
                                   UNITED STATES DISTRICT JUDGE

*Counsel*:

Francis S. Ainsa, Jr.
Michael F. Ainsa
El Paso, Texas

– and –

Travis R. Collier
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, NM

– and –

William J. Derrick
Law Office of William J. Derrick, P.C.
El Paso, Texas

    *Attorneys for the Plaintiff*


Christian C. Doherty
Albuquerque, NM

– and –

James B. Reeves
Reeves, Chavez, Albers, Anderson & Baca, P.A.
Albuquerque, New Mexico

– and –

Steven D. Meacham
Dann & Meacham
Seattle, Washington

    *Attorneys for the Defendants*